In the Matter of EDWARD DOUGHERTY et al., Appellants, against STATE HARNESS RACING COMMISSION et al., Respondents.

Submitted July 8, 1955; decided July 8, 1955.

*Sidney O. Raphael* for motion.

*Jacob K. Javits, Attorney-General (Samuel A. Hirshowitz* of counsel), opposed.

Motion on behalf of petitioner-appellant Dougherty for a stay denied.